JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7301
Facsimile: (415) 436-6753
E-Mail: Christine.Wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>         Plaintiff, <br>    v. <br> ADELTO SANCHEZ, <br>         Defendant. | No. 09-00091 CRB <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |

On June 24, 2009, defendant Adelto Sanchez, appeared with his counsel, Jeffrey Bornstein, Esq., before Judge Charles R. Breyer for a status conference. The Court continued the matter to July 8, 2009, at 2:15 p.m. and then again to August 5, 2009 at 2:15 p.m.

Mr. Sanchez and the Government are still in the process of attempting to work out an agreement to resolve the case and conclude any remaining investigation. Accordingly, the parties hereby stipulate to continuing the date of the status conference to August 19, 2009, at 2:15 p.m., to allow the parties additional time to discuss resolving the case and complete their respective investigations.

The parties additionally agree and stipulate to the exclusion of time from July 8, 2009 to August 19, 2009, under the Speedy Trial Act for counsel's continued investigation of the case, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

STIPULATED:

DATED: August 3, 2009

JEFFREY BORNSTEIN, ESQ.
CLAUDIA A. QUIROZ, ESQ.
Attorneys for ADELTO SANCHEZ

DATED: August 4, 2009

CHRISTINE Y. WONG
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: August 5, 2009

HONORABLE CHARLES R. BREYER
United States Magistrate Judge